# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATEEK ALLAH,<br>　　　　　Petitioner,<br>　　v.<br>WARDEN,<br>　　　　　Respondent. | Case No. CV 17-05201 AG (RAO)<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED AND ADJUDGED that, for the reasons set forth in the related Order Summarily Dismissing Petition for Writ of Habeas Corpus and Denying Certificate of Appealability, this action is dismissed without prejudice to Petitioner raising his claims in a civil rights action.

DATED: August 31, 2017

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE